No. 195. JEFFERIES, EXECUTRIX, ET AL. *v.* FEDERAL LAND BANK. October 11, 1937. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

*Mr. Sam. M. Wolfe* for petitioners. *Messrs. Harry D. Reed, Peyton R. Evans, Gerald E. Lyons,* and *May T. Bigelow* for respondent.